UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. ░░░░░░░░░░ E.D.N.Y.
★ MAY 2 6 2005 ★
BROOKLYN OFFICE

-------------------------------------------------------------

HEIDI RENDON, et al.,

                Plaintiffs,

                **ORDER OF DISCONTINUANCE**

v.

                CV-04-4962 (NGG)

ALLEN RAYMOND FOGARTY-RICE, et al.,

                Defendants.

-------------------------------------------------------------

GARAUFIS, J.

It having been reported to the Court that the above action has been settled, it is ORDERED that the action is hereby discontinued, without prejudice to the right to reopen the action if the settlement is not consummated.

                SO ORDERED

                _____
                NICHOLAS G. GARAUFIS, U.S.D.J.

DATED:    Brooklyn, N.Y.
             May 20, 2005